

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00380-CV

Leola **STUART**,
Appellant

v.

Estelita **JUDSON**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 391869
Honorable Tina Torres, Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of the appeal are taxed against appellant.

SIGNED May 6, 2015.

_____
Rebeca C. Martinez, Justice

---

[1] The Honorable Jason Wolff is the presiding judge of County Court at Law No. 2, Bexar County, Texas. The Honorable Tina Torres, former presiding judge of County Court at Law No. 10, Bexar County, Texas, presided over the trial and signed the judgment.